JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FARSHAD FARSH HAJIZADEH FALLAH, </br></br> Petitioner, </br></br> v. </br></br> ROSEMARY MELVILLE, District Director, in her Official Capacity, District Director, Citizenship & Immigration Services, United States Department of Homeland Security, San Francisco, California; et al., </br></br> Respondents. | No. C 10-0150 SC </br></br> **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

Petitioner, by and though his attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 14-days of the dismissal of this action. See 8 U.S.C. § 1447(b).

///

///

///

Stipulation to Dismiss
C 10-0150 SC                                           1

Each of the parties shall bear their own costs and fees.

Dated: February 16, 2010         Respectfully submitted,

                                 JOSEPH P. RUSSONIELLO
                                 United States Attorney


                                 _____/s/_____
                                 ILA C. DEISS[1]
                                 Assistant United States Attorney
                                 Attorneys for Respondents


Date: February 16, 2010          _____/s/_____
                                 ZACHARY NIGHTINGALE
                                 Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: February 17, 2010          _____
                                 [Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti]
                                 United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stipulation to Dismiss
C 10-0150 SC                                    2