1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Respondents
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12 FARSHAD FARSH HAJIZADEH FALLAH,   )  No. C 10-0150 SC
                                     )
13            Petitioner,            )
                                     )  **STIPULATION TO DISMISS; AND**
14      v.                           )  **[PROPOSED] ORDER**
                                     )
15 ROSEMARY MELVILLE, District Director, )
   in her Official Capacity, District Director, )
16 Citizenship & Immigration Services, United )
   States Department of Homeland Security, San )
17 Francisco, California; et al.,    )
                                     )
18            Respondents.           )
   _____)

19    Petitioner, by and though his attorney of record, and Respondents, by and through their

20 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

21 above-entitled action without prejudice in light of the fact that the United States Citizenship and

22 Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and

23 agrees to do so within 14-days of the dismissal of this action.  See 8 U.S.C. § 1447(b).

24 ///

25 ///

26 ///

27

28

Stipulation to Dismiss
C 10-0150 SC                              1

Each of the parties shall bear their own costs and fees.

Dated: February 16, 2010

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Respondents

Date: February 16, 2010

_____/s/_____
ZACHARY NIGHTINGALE
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: February 17, 2010

_____
United States District Judge

IT IS SO ORDERED
Judge Samuel Conti

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stipulation to Dismiss
C 10-0150 SC                                                2